```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 09573
    SEAN PHILLIPS
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

        Debtor
    SSN XXX-XX-2122


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 04/18/2008 and was not confirmed.

    The case was dismissed without confirmation 08/20/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                             PAID         PAID
--------------------------------------------------------------------------------
AMERICAN GENERAL FIN       UNSECURED       NOT FILED          .00          .00
AMERICAN GENERAL           UNSECURED       NOT FILED          .00          .00
NICOR GAS                  UNSECURED       NOT FILED          .00          .00
INTRA HEART SERVICES COR   UNSECURED       NOT FILED          .00          .00
OVERTON RUSSELL DOERR      UNSECURED       NOT FILED          .00          .00
OVERTON RUSSELL DOERR      UNSECURED       NOT FILED          .00          .00
OVERTON RUSSELL DOERR      UNSECURED       NOT FILED          .00          .00
PIERCE & ASSOC             NOTICE ONLY     NOT FILED          .00          .00
ROGERS & HOLLAND           UNSECURED       NOT FILED          .00          .00
JEFFERSON CAPITAL SYSTEM   UNSECURED        10340.43          .00          .00
COOK COUNTY TREASURER      SECURED              .00           .00          .00
SHERWIN WILLIAMS CREDIT    SECURED          3401.81           .00       338.83
TRUCK FINANCIAL CORP       SECURED              .00           .00          .00
SELECT PORTFOLIO SERVICI   CURRENT MORTG        .00           .00          .00
SELECT PORTFOLIO SERVICI   MORTGAGE ARRE   10000.00           .00          .00
IL STATE DISBURSEMENT UN   PRIORITY        NOT FILED          .00          .00
TRUCK FINANCIAL CORP       UNSECURED        55173.73          .00          .00
ROGERS & HOLLAND           SECURED          1982.60           .00        56.30
MADELINE PHILLIPS          NOTICE ONLY     NOT FILED          .00          .00
ILLINOIS DEPT OF REVENUE   PRIORITY        NOT FILED          .00          .00
INTERNAL REVENUE SERVICE   PRIORITY        NOT FILED          .00          .00
LEGAL HELPERS PC           DEBTOR ATTY      2,299.00                   1,260.87
TOM VAUGHN                 TRUSTEE                                       144.00
DEBTOR REFUND              REFUND                                           .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                1,800.00

PRIORITY                                              .00
SECURED                                            395.13
UNSECURED                                             .00
ADMINISTRATIVE                                   1,260.87

                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 09573 SEAN PHILLIPS
```

```
TRUSTEE COMPENSATION                                              144.00
DEBTOR REFUND                                                        .00
                                           ----------------   ----------------
TOTALS                                             1,800.00           1,800.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
    Dated: 11/19/08                     _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE

                        PAGE   2
        CASE NO. 08 B 09573 SEAN PHILLIPS